AO 245D-CAED (Rev. 9/01) Sheet 1 - Judgment in a Criminal Case for Revocation

Case 1:05-cr-00159-OWW   Document 36   Filed 09/14/09   Page 1 of 3

# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**DONALD GREG ANDRONICOUS**<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br>Criminal Number: **1:05CR00159-001 OWW**<br><br>Marc Days<br>Defendant's Attorney |

**THE DEFENDANT:**
[✔]  admitted guilt to violation of charge(s) 1-5 as alleged in the violation petition filed on 4/29/2009 .
[ ]  was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|

See next page.

The court: [✔] revokes: [ ] modifies: [ ] continues under same conditions of supervision heretofore ordered on 10/17/2005 .

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  Charge(s) __ is/are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| | 8/31/2009 |
| | Date of Imposition of Sentence |
| | |
| | /s/ OLIVER W. WANGER |
| | Signature of Judicial Officer |
| | |
| | **OLIVER W. WANGER**, United States District Judge |
| | Name & Title of Judicial Officer |
| | |
| | 9/10/2009 |
| | Date |

AO 245D-CAED (Rev. 3/04) Judgment in a Criminal Case for Revocation Sheet 1  Case 1:05-cr-00159-OWW   Document 36   Filed 09/14/09   Page 2 of 3

| CASE NUMBER: | 1:05CR00159-001 OWW | Judgment - Page 2 of 3 |
|---|---|---|
| DEFENDANT: | DONALD GREG ANDRONICOUS | |

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| Charge 1 | Illicit Drug Use | 3/9/2009 |
| Charge 2 | Failure to Participate in a Program of Drug Testing | 3/9/2009 |
| Charge 3 | Failure to Report to the Probation Officer as Directed | 3/9/2009 |
| Charge 4 | New Law Violation | 4/8/2009 |
| Charge 5 | Failure to Abstain from the Possession of Dangerous Weapons | 4/8/2009 |

| | |
|---|---|
| CASE NUMBER: 1:05CR00159-001 OWW | Judgment - Page 3 of 3 |
| DEFENDANT: DONALD GREG ANDRONICOUS | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  12 months .

6 months consecutive and 6 months concurrent to United States District Court, Eastern District of California, Case No. 1:09-cr-00204-OWW.

[✔]  The court makes the following recommendations to the Bureau of Prisons:

The Court recommends that the defendant be incarcerated in a California facility, but only insofar as this accords with security classification and space availability.

The Court recommends the defendant participate in the 500-Hour Bureau of Prisons Substance Abuse Treatment Program.

[✔]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district.
 [ ] at ___ on ___.
 [ ] as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
 [ ] before _ on ___.
 [ ] as notified by the United States Marshal.
 [ ] as notified by the Probation or Pretrial Services Officer.
 If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal